SMITH *v.* THE TERRE-HAUTE AND RICHMOND RAILROAD
COMPANY.

APPEAL from the *Putnam* Court of Common Pleas.

*Per Curiam.*—The case falls within both *Williams* v. *The New-Albany and Salem Railroad Co.*, 5 Ind R. 111, and *The Lafayette and Indianapolis Railroad Co.* v. *Shriner*, 6 *id.* 141; and the judgment in it is reversed with costs. Cause remanded, &c.

*D. R. Eckels* and *D. E. Williamson*, for the appellant.